# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| MAUD DREW ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL NO. 2005-130 |
| v. ) | |
| ) | |
| U.S. DEPARTMENT OF AGRICULTURE, ) | |
| RURAL DEVELOPMENT ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## ORDER

FINCH, J.

THIS MATTER comes before the Court on a Notice of Voluntary Dismissal filed by Plaintiff.  The Court being fully advised in the premises, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that the above-captioned matter is **DISMISSED WITH PREJUDICE.**

ENTERED this 25th day of July, 2008.

_____/s/_____
**HONORABLE RAYMOND L. FINCH**
**U.S. DISTRICT JUDGE**